UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | CV 21-1484-DMG (JEMx) | Date | April 19, 2021 |

| | |
|---|---|
| Title | *Andrew Baracco v. Lifetime Brands, Inc., et al.* |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' stipulation for dismissal filed on April 17, 2021 [Doc. # 18], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own attorney's fees and costs. Plaintiff's Motion to Remand Action to the Superior Court of California for the County of Los Angeles [Doc. # 11] is DENIED as moot and the June 4, 2021 hearing is VACATED.

IT IS SO ORDERED.